PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Issam Matar    Cr.: 05-00506-001

Name of Sentencing Judicial Officer: William G. Bassler, USDJ

Date of Original Sentence: 01-10-06

Original Offense: Conspiracy to Commit Credit Card Fraud

Original Sentence: Five (5) years Probation

Type of Supervision: Probation    Date Supervision Commenced: 01-10-06

## PETITIONING THE COURT

[ ]  To extend the term of supervision for _____ Years, for a total term of _____ Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall make monthly restitution payments in the amount of 10% of his gross monthly income.

## CAUSE

After a careful review of the offender's financial documents, it was determined that his monthly income varies based on the amount of sales he makes for the month. Based on the aforementioned, the offender has agreed to pay 10% of his gross monthly income per month towards his restitution.

Respectfully submitted,

By: Luis R. Gonzalez
Senior U.S. Probation Officer
Date: 03-01-07

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

4/19/07
Date

PROB 49
(NYEP-10/28/05)

# United States District Court

## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and the assistance of counsel before any unfavorable change(s) may be made in my conditions of Probation and/or Supervised Release or before my period of supervision can be extended. By assistance of counsel, " I understand that I have the right to be represented at a hearing by counsel of my choosing if I am able to retain counsel. I also understand that I have the right to request that the Court appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel. "

I hereby voluntarily waive my statutory right to a hearing and to the assistance of counsel. I also hereby agree to the following modification (s) of my conditions of Probation and/or Supervised Release or to the proposed extension of my term of supervision: wing modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

*The defendant shall make monthly restitution payments in the amount of 10% of his gross monthly income.*

Witness: _____   Signed: _____
U.S. Probation Officer                        Probationer or Supervised Releasee

1-9-2007
Date