PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Issam Matar     **Docket Number:** 05-00506-001
    **PACTS Number:** 043035

**Name of Sentencing Judicial Officer:** Honorable Dennis M. Cavanaugh, United States District Judge

**Date of Original Sentence:** 01/10/2006

**Original Offenses:** Conspiracy to Commit Credit Card Fraud

**Original Sentence:** 5 years probation; $417,389.29 in restitution and $100 special assessment. Special conditions: 1)Financial Disclosure; 2)No New Debt; 3)DNA Collection

**Type of Supervision:** Probation     **Date Supervision Commenced:** 01/10/2006

**Assistant U.S. Attorney:** Judith Germano and Kevin Walsh, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Mario D. Romano Esq. (Retained), 8212 Third Avenue, Brooklyn, New York 11209 (718) 238-1144

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of noncompliance

1.     The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

    From June 3, 2010 through October 19, 2010, the offender committed the crime of structuring transactions to evade reporting requirements in violation of 31 U.S.C. 5324, a class D felony. Specifically, the offender's business accounts reflected numerous cash withdrawals which were slightly below the $10,000 threshold for reporting requirements to the appropriate government agencies.

Issam Matar
Page 2

2.  The offender has violated the standard supervision condition which states 'Upon request, you shall provide the U.S. Probation Office with full disclosure of your financial records, including co-mingled income, expenses, assets and liabilities, to include yearly income tax returns. With the exception of the financial accounts reported and noted within the presentence report, you are prohibited from maintaining and/or opening any additional individual and/or joint checking, savings, or other financial accounts, for either personal or business purposes, without the knowledge and approval of the U.S. Probation Office. You shall cooperate with the Probation Officer in the investigation of your financial dealings and shall provide truthful monthly statements of your income. You shall cooperate in the signing of any necessary authorization to release information forms permitting the U.S. Probation Office access to your financial information and records.'

From June 3, 2010 through October 19, 2010, the offender failed to report cash withdrawals totaling $57,344.05 from his business bank account. As of November 15, 2010, the offender has two accounts with a total balance of $934,247.26, which he has failed to indicate on any of his monthly supervision reports since April of 2007.

I declare under penalty of perjury that the foregoing is true and correct.

By: Jamel H. Dorsey
U.S. Probation Officer

Date: 01/03/11

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: JAN. 18, 2011 @ 10 AM
[ ] No Action
[ ] Other

Signature of Judicial Officer

1/6/10
Date

Dennis M. Cavanaugh
U.S. District Judge